# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**TATYANA LASHELLE McBEE**                                                                 **PLAINTIFF**
ADC #715851

v.                              **CASE NO. 3:21-CV-00262-BSM**

**JANA MAPLE;** Disciplinary Hearing Clerk,
**McPherson Unit, ADC,** *et al.*                                                          **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 8] is adopted, and Tatyana McBee's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 23rd day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE