# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**TATYANA LASHELLE McBEE**                                                    **PLAINTIFF**
ADC #715851

v.                          CASE NO. 3:21-CV-00262-BSM

**JANA MAPLE; Disciplinary Hearing Clerk,**
**McPherson Unit, ADC,** *et al.*                                            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE